# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Bonnie Carter

Plaintiff,

v.                                  Case No. 6:19-CV1665
Dept of Children & Families                ORL-40-DCI
                                    Judge Byron / Irick

Defendant.

FILED 2019 SEP 11 PM 1:29
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__✓__ IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Case No. 16 2019 CA 2257
Case No. 5DCA 19 0401

_____ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: Sept 10, 2019

_Bonnie Carter_
Plaintiff(s) Counsel of Record
or Pro Se Party
[Address and Telephone]
441 N. Kentucky Ave
Deland, FL 32724
407 718 6333

Dept of Children & Families
_Jane Almy Lowenger_
Defendant(s) [Counsel of Record
or Pro Se Party
[Address and Telephone]
210 N. Palmetto Ave ST 447
Daytona, FL 32114
386-481-9391

CERTIFICATE OF SERVICE

I HEREBY CCERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS FURNISHED BY US MAIL /AND OR EMAIL TO :

JANE ALMY-LOEWINGER, ESQ, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES AT 210 N PALMETTO AVE STE 447, DAYTONA BEACH, FLORIDA 32114

EMAIL: JANE.ALMY-LOEWINGER@MYFLFAMILIES.COM

ON SEPTEMBER 10, 2019

BY : _____
    Bonnie Carter
    441 N. Kentucky Ave
    Deland, Fl 32724
    407 718 6333